PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA DE LOS ANGELES GARCIA GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>UR JADDOU, ET AL.,<br><br>Defendants. | CASE NO. 2:23-CV-02735-AC<br><br>STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY ABEYANCE |

    The Defendants respectfully request to hold this case in temporary abeyance through July 17, 2024, and counsel for Plaintiff does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on her pending asylum application, which she filed in May 2016.  USCIS has scheduled Plaintiff's asylum interview for March 19, 2024.  The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days of the completion of the interview.  In the event USCIS reschedules the interview on Plaintiff's application, they agency will endeavor to reschedule the interview within four weeks.

///

///

1

The parties therefore stipulate that this matter be held in temporary abeyance through July 17, 2024. The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated: January 3, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney


/s/ JESSICA TAYLOR ARENA
JESSICA TAYLOR ARENA
Counsel for Plaintiff


[~~PROPOSED~~] ORDER

It is so ordered.

Dated: January 3, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2